**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-24335 |
| | § | |
| GIUSEPPE BRUNO | § | |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Horace Fox, Jr., trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    219 S. Dearborn, Room 713, Chicago, IL 60604

    Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at on 1/15/2013, at 10:30 a.m. in Courtroom 644, United States Courthouse, 219 S. Dearborn, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  12/11/2012                By:  /s/ Horace Fox, Jr.
                                                        (Trustee)

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

In re: § Case No. 11-24335
§
GIUSEPPE BRUNO §
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,500.00
*and approved disbursements of* $48.46
*leaving a balance on hand of[1]:* $2,451.54

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,451.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Horace Fox, Jr., Trustee Fees | $625.00 | $0.00 | $625.00 |

Total to be paid for chapter 7 administrative expenses: $625.00
Remaining balance: $1,826.54

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,826.54

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,826.54 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $7,211.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | B-Line, LLC | $1,713.87 | $0.00 | $434.10 |
| 2 | Capio Partners LLC | $70.00 | $0.00 | $17.73 |
| 3 | US BANK N.A. | $3,111.44 | $0.00 | $788.08 |
| 4 | Chase Bank USA, N.A. | $201.82 | $0.00 | $51.12 |
| 5 | FIFTH THIRD BANK | $1,444.13 | $0.00 | $365.78 |
| 6 | American InfoSource LP as agent for | $556.03 | $0.00 | $140.83 |
| 7 | B-Line, LLC | $114.11 | $0.00 | $28.90 |

|  | Total to be paid to timely general unsecured claims: | $1,826.54 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $2,617.53 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

Case 11-24335   Doc 39   Filed 12/21/12   Entered 12/23/12 23:33:22   Desc Imaged
Certificate of Notice   Page 4 of 8

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 8 | Shirleen O. Hill   Cash Call Inc. c/o | $2,617.53 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims:   $0.00
Remaining balance:   $0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:   $0.00
Remaining balance:   $0.00

Prepared By:   /s/ Horace Fox, Jr.
                    Trustee

Horace Fox, Jr.
6 East Monroe
Suite 1004
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 11-24335-PSH
Giuseppe Bruno  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: adragonet     Page 1 of 4     Date Rcvd: Dec 21, 2012
                 Form ID: pdf006     Total Noticed: 84

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2012.

```
db          #+Giuseppe Bruno,    9209 South Monitor Avenue,    Oak Lawn, IL 60453-1536
17388927     +American Eagle Bank,    556 Randall Road,    South Elgin, IL 60177-3315
17388928     +American Express,    PO Box 297871,    Ft. Lauderdale, FL 33329-7871
17388930     +American Home Mortgage,    1525 S. Belt Line Rd.,    Coppell, TX 75019-4913
17388929     +American Home Mortgage,    PO Box 631730,    Irving, TX 75063-0002
17388933      Baker & Miller, PC,    29 N. Wacker Drive,    Suite 500,    Chicago, IL 60606-2854
17388934     +Bank of America,    201 N. Tryon St.,    Charlotte, NC 28202-2146
17388935      Bank of America,    9000 Southside Blvd.,    FL9 600 02 15,    Jacksonville, FL 32256
17388936     +Barclay's Bank Delaware,    125 S. West St.,    Wilmington, DE 19801-5014
17388937     +Barclay's Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
17388938     +Blitt & Gaines,    661 Glenn Ave.,    Wheeling, IL 60090-6017
17388939     +Boling Medical LLC,    899G South Weber Rd.,    Bolingbrook, IL 60490-5489
17388940    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital One,    PO Box 85520,    Richmond, VA 23285)
17388942     +Capital One Bank USA NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
17388941     +Capital One NA,    PO Box 26625,    Richmond, VA 23261-6625
17388943     +Chase Bank USA NA,    PO Box 15298,    Wilmington, DE 19850-5298
17728906      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17388944      Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
17388947     +Citi,   4600 Houston Rd.,    Florence, KY 41042-4820
17388945     +Citi,   PO Box 653095,    Dallas, TX 75265-3095
17388946      Citi,   PO Box 183081,    Columbus, OH 43218-3081
17388948      Citi Cards,    Box 6000,    The Lakes, NV 89163-6000
17388949     +Citi Cards/CBSD NA,    PO Box 6241,    Sioux Falls, SD 57117-6241
17388950     +Citibank USA NA,    541 Sid Martin Road,    Gray, TN 37615-6210
17388951      Cook County Treasurer,    PO Box 4468,    Carol Stream, IL 60197-4468
17388952     +Credit Technologies,    50481 W. Pontiac Trail,    Wixom, MI 48393-2028
17388953     +Echelon Recovery, Inc.,    PO Box 1880,    Voorhees, NJ 08043-7880
17388956    ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
             (address filed with court: Fifth Third Bank,    38 Fountain Square,    Cincinnati, OH 45263)
17752077     +FIFTH THIRD BANK,    POST OFFICE BOX 829009,    DALLAS, TEXAS 75382-9009
17388954     +Fifth Third Bank,    5050 Kingsley Dr.,    MD 1MOC2N,    Cincinnati, OH 45227-1115
17388957      Fremont Investment,    PO Box 8208,    Orange, CA 92864
17388962     +HSBC Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
17388964      HSBC CArd Services,    PO Box 80084,    Salinas, CA 93912-0084
17388963      HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
17388961      Heavner Scott & Beyers,    11 E. Main St., #200,    Decatur, IL 62523
17388966    ++IRWIN MORTGAGE CORPORATION,    C O DEVELOPMENT SPECIALISTS INC,    6375 RIVERSIDE DRIVE,
               SUITE 200,    DUBLIN OH 43017-5045
             (address filed with court: Irwin Mortgage Corp.,    11800 Exit 5 Pkwy,    Fishers, IN 46037)
17388968     +Litton Loan Servicing,    4828 Loop Central Dr.,    Houston, TX 77081-2166
17388969     +Luxury Auto Exchange,    4737 West 120th St.,    Alsip, IL 60803-2318
17388970      Messerli & Kramer, PA,    3033 Campus Drive, #250,    Plymouth, MN 55441-2662
17388971     +Mike Haggerty,    9301 S. Cicero,    Oak Lawn, IL 60453-2517
17388974      NES of Ohio,    29125 Solon Road,    Solon, OH 44139-3442
17388977     +Pinnacle Credit Services,    PO Box 5617,    Hopkins, MN 55343-0493
17388976     +Pinnacle Credit Services,    7900 Highway 7 100,    St. Louis Park, MN 55426-4045
17447894     +Principal Financial Group,    711 High Street,    Des Moines, IA 50392-9992
17388978      Principal Residential Mo,    PO Box 711,    Des Moines, IA 50303
17388979     +Principal Residential Mt,    711 High Street,    Des Moines, IA 50392-0001
17388980      Professional Recovery,    211 Laurel Road,    Voorhees, NJ 08043
17388985      Resurgent Mortgage Servicing,    PO Box 19002,    Greenville, SC 29602-9002
17388986     +Roadloans.com,    5201 Rufe Snow Dr. 40,    N. Richland Hills, TX 76180-6036
17388991    #+Saxon Mortgage,    3701 Regent Blvd,    Irving, TX 75063-2296
17388990     +Saxon Mortgage,    4708 Mercantile Drive,    Ft. Worth, TX 76137-3605
17388988     #Saxon Mortgage,    PO Box 161489,    Fort Worth, TX 76161-1489
17388989    #+Saxon Mortgage,    P.O. Box 163405,    Fort Worth, TX 76161-3405
17388992     +Saxon Mortgage,    1323 Celebration Blvd,    Florence, SC 29501-5496
17388993     +Sears/CBSD,    PO Box 6189,    Sioux Falls, SD 57117-6189
17388994     +Sears/CBSD,    701 East 60th St. N,    PO Box 6241,    Sioux Falls, SD 57117-6241
17438688     +Signature Capital Advisors, LLC,    formerly Fremont Investment,    15303 Ventura Blvd, Ste 1600,
               Sherman Oaks, CA 91403-3133
17388995      T-Mobile,    PO Box 742596,    Cincinnati, OH 45274-2596
17388996     +The Home Depot/CBSD,    PO Box 6497,    Sioux Falls, SD 57117-6497
17717118    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK N.A.,    BANKRUPTCY DEPARTMENT,    POB 5229,
               CINCINNATI, OH 45201-5229)
17389002    ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
               ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court: Wells Fargo Home Mortgage,    8480 Stachcoach Circle,
               Frederick, MD 21701)
17389004     +WFNNB/Express,    4590 E. Broad St.,    Columbus, OH 43213-1301
17389003     +Wells Fargo Home Mortgage,    7255 Baymeadows,    PO Box 10335,    Des Moines, IA 50306-0335
```

```
District/off: 0752-1          User: adragonet             Page 2 of 4              Date Rcvd: Dec 21, 2012
                              Form ID: pdf006             Total Noticed: 84


17389005      +Wintrust Mortgage,    50481 W. Pontiac Tr.,    Wixom, MI 48393-2028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
17947348       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 22 2012 02:01:46
               American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
               Oklahoma City, OK 73124-8848
17388932      +E-mail/Text: bkrpt@retrievalmasters.com Dec 22 2012 01:51:56      American Medical Collection,
               4 Westchester Plaza, Ste 110,    Elmsford, NY 10523-1615
17388931       E-mail/Text: bkrpt@retrievalmasters.com Dec 22 2012 01:51:56      American Medical Collection,
               PO Box 1235,   Elmsford, NY 10523-0935
17680318       E-mail/Text: resurgentbknotifications@resurgent.com Dec 22 2012 01:49:23       B-Line, LLC,
               MS 550,   PO Box 91121,   Seattle, WA 98111-9221
18565052      +E-mail/Text: bncmail@w-legal.com Dec 22 2012 02:58:00      CASHCALL, INC.,
               C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVE., STE. 400,    SEATTLE, WA 98121-3132
17714812       E-mail/Text: bnc-capio@quantum3group.com Dec 22 2012 02:28:01       Capio Partners LLC,
               Quantum3 Group LLC,    PO Box 788,   Kirkland, WA 98083-0788
17388960       E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2012 01:59:53      GE MOney Bank,    PO Box 530912,
               Atlanta, GA 30353-0912
17395268      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2012 02:06:05      GE Money Bank,
               Attn: Bankruptcy Dept.,    PO Box 103104,   Roswell, GA 30076-9104
17388959      +E-mail/PDF: gecsedi@recoverycorp.com Dec 22 2012 02:02:57      GE Money Bank/Yamaha,    PO Box 6153,
               Rapid City, SD 57709-6153
17388965      +E-mail/Text: Bankruptcy@icsystem.com Dec 22 2012 02:56:48      I C System, Inc.,    PO Box 64378,
               St. Paul, MN 55164-0378
17388967      +E-mail/Text: ebnsterling@weltman.com Dec 22 2012 01:50:38      Jared-Galleria of Jewelry,
               375 Ghent Road,   Akron, OH 44333-4601
17388972      +E-mail/Text: mmrgbk@miramedrg.com Dec 22 2012 02:56:57      Miramed Revenue Group,
               991 Oak Creek Dr.,    Lombard, IL 60148-6408
17388973       E-mail/Text: mmrgbk@miramedrg.com Dec 22 2012 02:56:57      Miramed Revenue Group,   Dept. 77304,
               PO Box 77000,   Detroit, MI 48277-0304
17388975      +E-mail/Text: bankrup@aglresources.com Dec 22 2012 01:49:58      Nicor Gas,    1844 Ferry Road,
               Naperville, IL 60563-9600
17388982      +E-mail/Text: resurgentbknotifications@resurgent.com Dec 22 2012 01:49:23
               Resurgent Capital Services,    PO Box 10466,   Greenville, SC 29603-0466
17388981      +E-mail/Text: resurgentbknotifications@resurgent.com Dec 22 2012 01:49:23
               Resurgent Capital Services,    PO Box 10497,   Greenville, SC 29603-0497
17388983      +E-mail/Text: resurgentbknotifications@resurgent.com Dec 22 2012 01:49:23
               Resurgent Capital Services,    PO Box 10584,   Greenville, SC 29603-0584
17388997      +E-mail/Text: bnc@ursi.com Dec 22 2012 01:57:32      United Recovery Systems,    5800 N. Course Rd.,
               Houston, TX 77072-1613
17388998       E-mail/Text: bnc@ursi.com Dec 22 2012 01:57:32      United Recovery Systems,    PO Box 722910,
               Houston, TX 77272-2910
17389001      +E-mail/PDF: bankruptcyverizonwireless@afninet.com Dec 22 2012 02:04:56        Verizon Wireless,
               1515 Woodfield Rd.,    Suite 140,   Schaumburg, IL 60173-5443
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17388955*    ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
               GRAND RAPIDS MI 49546-6253
              (address filed with court: Fifth Third Bank,     Fifth Third Center,   Cincinnati, OH 45263)
17436244*    ++IRWIN MORTGAGE CORPORATION,    C O DEVELOPMENT SPECIALISTS INC,    6375 RIVERSIDE DRIVE,
               SUITE 200,   DUBLIN OH 43017-5045
              (address filed with court: Irwin Mortgage Corp.,     500 Washington St.,   Columbus, IN 47201)
17388984*     +Resurgent Capital Services,    PO Box 10584,   Greenville, SC 29603-0584
17388999*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    101 5th St. A,    St. Paul, MN 55101)
17389000*    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court: US Bank RMS CC,    205 West 4th St.,   Cincinnati, OH 45202)
17388958    ##+Fremont Investment,    175 N. Riverview Dr.,   Anaheim, CA 92808-1225
17388987    ##+Roadloans.com,    7711 Center Ave. 250,   Huntington Beach, CA 92647-9125
                                                                                  TOTALS: 0, * 5, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: adragonet           Page 3 of 4              Date Rcvd: Dec 21, 2012
                              Form ID: pdf006           Total Noticed: 84
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 23, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: adragonet             Page 4 of 4              Date Rcvd: Dec 21, 2012
                               Form ID: pdf006             Total Noticed: 84

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2012 at the address(es) listed below:
              Horace  Fox, JR    on behalf of Debtor Giuseppe  Bruno foxhorace@aol.com,
               hf@trustesolutions.net;hf@trustesolutions.com
              Horace  Fox, JR    foxhorace@aol.com,    hf@trustesolutions.net;hf@trustesolutions.com
              Jay  Verdugo    on behalf of Debtor Giuseppe  Bruno jverdugo@peraica.com,   cwinans@peraica.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 4
```