**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 11-24335 |
| | § | |
| GIUSEPPE BRUNO | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    Horace Fox, Jr., chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)    All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

    2)    A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | $30,240.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $1,826.54 | Claims Discharged Without Payment: | $27,975.42 |
| Total Expenses of Administration: | $673.46 | | |

    3)    Total gross receipts of $2,500.00  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,500.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $673.46 | $673.46 | $673.46 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $24,724.46 | $9,828.93 | $9,828.93 | $1,826.54 |
| **Total Disbursements** | $24,724.46 | $10,502.39 | $10,502.39 | $2,500.00 |

4). This case was originally filed under chapter 7 on 06/09/2011. The case was pending for 26 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2013            By:   /s/ Horace Fox, Jr.
                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2005 Dodge Durango | 1129-000 | $2,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$2,500.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Horace Fox, Jr., Trustee | 2100-000 | NA | $625.00 | $625.00 | $625.00 |
| International Sureties, Ltd. | 2300-000 | NA | $1.56 | $1.56 | $1.56 |
| Green Bank | 2600-000 | NA | $46.90 | $46.90 | $46.90 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $673.46 | $673.46 | $673.46 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | B-Line, LLC | 7100-000 | NA | $1,713.87 | $1,713.87 | $434.10 |
| 2 | Capio Partners LLC | 7100-000 | NA | $70.00 | $70.00 | $17.73 |
| 3 | US BANK N.A. | 7100-000 | $3,193.64 | $3,111.44 | $3,111.44 | $788.08 |
| 4 | Chase Bank USA, N.A. | 7100-000 | $113.79 | $201.82 | $201.82 | $51.12 |
| 5 | FIFTH THIRD BANK | 7100-000 | $1,444.00 | $1,444.13 | $1,444.13 | $365.78 |
| 6 | American | 7100-000 | NA | $556.03 | $556.03 | $140.83 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| | InfoSource LP as agent for | | | | | |
| 7 | B-Line, LLC | 7100-000 | NA | $114.11 | $114.11 | $28.90 |
| 8 | Shirleen O. Hill Cash Call Inc. c/o | 7200-000 | NA | $2,617.53 | $2,617.53 | $0.00 |
| | Boiling Medical, LLC. | 7100-000 | $150.00 | NA | NA | $0.00 |
| | Buschbach Insurance Agency C/O I.C.System, Inc. | 7100-000 | $58.00 | NA | NA | $0.00 |
| | Citi Cards | 7100-000 | $12,309.92 | NA | NA | $0.00 |
| | Citinankl C/O NES Of OHIO | 7100-000 | $1,720.14 | NA | NA | $0.00 |
| | Echelon Recovery, Inc. C/O HSBC Bank | 7100-000 | $919.85 | NA | NA | $0.00 |
| | Elmhurst Clinic C/O Miramed Revenue Group | 7100-000 | $77.11 | NA | NA | $0.00 |
| | Home Depot/CBSD | 7100-000 | $1,713.00 | NA | NA | $0.00 |
| | Pinnacle Credit Service | 7100-000 | $1,744.00 | NA | NA | $0.00 |
| | Sears Gold Mastercard C/O United Recovery Systems | 7100-000 | $813.45 | NA | NA | $0.00 |
| | T-Mobile | 7100-000 | $467.56 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $24,724.46 | $9,828.93 | $9,828.93 | $1,826.54 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1   Exhibit 8

| Case No.: | 11-24335 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BRUNO, GIUSEPPE | | | Date Filed (f) or Converted (c): | 06/09/2011 (f) |
| For the Period Ending: | 8/14/2013 | | | §341(a) Meeting Date: | 07/13/2011 |
| | | | | Claims Bar Date: | 11/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Real Property, 9209 S Monitor Chgo IL: | $185,000.00 | $0.00 | | $0.00 | FA |
| 2 | cash | $50.00 | $0.00 | | $0.00 | FA |
| 3 | checking account | $114.82 | $0.00 | | $0.00 | FA |
| 4 | household goods | $1,150.00 | $0.00 | | $0.00 | FA |
| 5 | clothing | $200.00 | $0.00 | | $0.00 | FA |
| 6 | whole life ins policy | $2,000.00 | $0.00 | | $0.00 | FA |
| 7 | pension plan | $5,500.00 | $0.00 | | $0.00 | FA |
| 8 | 2005 Dodge Durango | $8,375.00 | $3,989.82 | | $2,500.00 | FA |
| **Asset Notes:** | cost of towing, preping for sale and sale estimated | | | | | |
| 9 | 2007 Yamaha Road Star | $4,920.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Yamaha | | | | | |
| 10 | 1999 Ford Escort zx2 coupe | $1,000.00 | $700.00 | | $0.00 | FA |
| **Asset Notes:** | Debtor has enough wild card to exempt full value | | | | | |
| 11 | unemployment comp benefit of 2140.00 per mo | $2,140.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | 820 ILCS 405/1300 | | | | | |

**TOTALS (Excluding unknown value)**                                                                                              **Gross Value of Remaining Assets**

$210,449.82          $4,689.82                     $2,500.00          $0.00

**Major Activities affecting case closing:**

2005 Durango is asset fmv $8,375.00, 2400.00 exemption with lien of 0.  Settle 2500.00

Amended C value 8375.00 exemptions of 2400 and  1685.18.  Agreed to take 2500.00 money coming in (125.00 7th of the month) 11.03.11).
You do legal work for this small asset case.

$5,000 offer made 8.24.11 after exchanging car appraisals.
Examine claim and file objections if needed.

Case 11-24335   Doc 43   Filed 09/13/13   Entered 09/13/13 12:14:10   Desc Main
Document   Page 6 of 10

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page No: 2     Exhibit 8

| Case No.: | 11-24335 | | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|---|
| Case Name: | BRUNO, GIUSEPPE | | | Date Filed (f) or Converted (c): | 06/09/2011 (f) |
| For the Period Ending: | 8/14/2013 | | | §341(a) Meeting Date: | 07/13/2011 |
| | | | | Claims Bar Date: | 11/14/2011 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Debtor changed address to 16719 Basil Dr. Lockport IL 60411.

1608/2500 in, payments on schedule. All claims unsecured non priority and before claims bar date. 3.11.12

Installment received 5.18.12 and 7.2.12

11.20.12 motion to approve compromise, granted.

Final report and fee approval in court 1.15.13
Awaiting 0 balance statement. 2.10.13

Zero balance bank statment 3.8.13
Have zero balance bank statment, final account ready. 3.21.13

Final account to UST 7.31.13

| Initial Projected Date Of Final Report (TFR): | 12/31/2013 | Current Projected Date Of Final Report (TFR): | 12/31/2013 | /s/ HORACE FOX, JR. |
|---|---|---|---|---|
| | | | | HORACE FOX, JR. |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-24335 | | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|---|
| Case Name: | BRUNO, GIUSEPPE | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8517 | | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/9/2011 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/27/2011 | (8) | Giuseppe Bruno | Payment for 2005 Dodge Durango 2500.00 settlement amount. 1000.00 received 7.27.11 | 1129-000 | $1,000.00 | | $1,000.00 |
| 08/01/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $0.20 | $999.80 |
| 08/30/2011 | (8) | Giuseppe Bruno | Payment for 2005 Dodge Durango 2500.00 settlement amount. 1000.00 received 7.27.11 | 1129-000 | $125.00 | | $1,124.80 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.61 | $1,123.19 |
| 09/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.87 | $1,121.32 |
| 10/07/2011 | (8) | Giuseppe Bruno | Payment for 2005 Dodge Durango 2500.00 settlement amount. 1000.00 received 10/7/2011 | 1129-000 | $125.00 | | $1,246.32 |
| 10/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.82 | $1,244.50 |
| 11/14/2011 | (8) | Giuseppe Bruno | Payment for 2005 Dodge Durango 2500.00 settlement amount. 1000.00 | 1129-000 | $125.00 | | $1,369.50 |
| 11/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.04 | $1,367.46 |
| 12/13/2011 | (8) | Giuseppe Bruno | Payment for 2005 Dodge Durango 2500.00 settlement amount. 1000.00 | 1129-000 | $125.00 | | $1,492.46 |
| 12/30/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $2.32 | $1,490.14 |
| 01/19/2012 | (8) | Bruno Giuseppe | Payment for 2005 Dodge Durango 2500.00 settlement amount. 1000.00 | 1129-000 | $125.00 | | $1,615.14 |
| 01/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.46 | $1,612.68 |
| 02/06/2012 | 5001 | International Sureties, Ltd. | Bond Payment | 2300-000 | | $1.56 | $1,611.12 |
| 02/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.43 | $1,608.69 |
| 03/02/2012 | (8) | Giuseppe Bruno | Payment for 2005 Dodge Durango 2500.00 settlement amount. 1000.00 | 1129-000 | $375.00 | | $1,983.69 |
| 03/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.22 | $1,980.47 |
| 04/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $2.98 | $1,977.49 |
| 05/18/2012 | (8) | Giuseppe Bruno | Payment for 2005 Dodge Durango 2500.00 settlement amount. 1000.00 | 1129-000 | $125.00 | | $2,102.49 |
| 05/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.25 | $2,099.24 |
| 06/29/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.38 | $2,095.86 |

**SUBTOTALS** $2,125.00 $29.14

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.                 | 11-24335         | Trustee Name:             | Horace Fox, Jr. |
|--------------------------|------------------|---------------------------|-----------------|
| Case Name:               | BRUNO, GIUSEPPE  | Bank Name:                | Green Bank      |
| Primary Taxpayer ID #:   | ******8517       | Checking Acct #:          | ******3501      |
| Co-Debtor Taxpayer ID #: |                  | Account Title:            |                 |
| For Period Beginning:    | 6/9/2011         | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending:       | 8/14/2013        | Separate bond (if applicable): |               |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 07/02/2012 | (8) | Giuseppe Bruno | Payment for 2005 Dodge Durango 2500.00 settlement amount. 1000.00 | 1129-000 | $125.00 | | $2,220.86 |
| 07/31/2012 | (8) | Giuseppe Bruno | Payment for 2005 Dodge Durango 2500.00 settlement amount. 1000.00 | 1129-000 | $250.00 | | $2,470.86 |
| 07/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.46 | $2,467.40 |
| 08/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.35 | $2,463.05 |
| 09/28/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.46 | $2,459.59 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $3.96 | $2,455.63 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $4.09 | $2,451.54 |
| 01/15/2013 | 5002 | Horace Fox, Jr. | Trustee Compensation | 2100-000 | | $625.00 | $1,826.54 |
| 01/15/2013 | 5003 | B-Line, LLC | Final Claim #: 1; Dividend: 17.70; Amount Allowed: 1,713.87; | 7100-000 | | $434.10 | $1,392.44 |
| 01/15/2013 | 5004 | Capio Partners LLC | Final Claim #: 2; Dividend: 0.72; Amount Allowed: 70.00; | 7100-000 | | $17.73 | $1,374.71 |
| 01/15/2013 | 5005 | US BANK N.A. | Final Claim #: 3; Dividend: 32.14; Amount Allowed: 3,111.44; | 7100-000 | | $788.08 | $586.63 |
| 01/15/2013 | 5006 | Chase Bank USA, N.A. | Final Claim #: 4; Dividend: 2.08; Amount Allowed: 201.82; | 7100-000 | | $51.12 | $535.51 |
| 01/15/2013 | 5007 | FIFTH THIRD BANK | Final Claim #: 5; Dividend: 14.92; Amount Allowed: 1,444.13; | 7100-000 | | $365.78 | $169.73 |
| 01/15/2013 | 5008 | American InfoSource LP as agent for | Final Claim #: 6; Dividend: 5.74; Amount Allowed: 556.03; | 7100-000 | | $140.83 | $28.90 |
| 01/15/2013 | 5009 | B-Line, LLC | Final Claim #: 7; Dividend: 1.17; Amount Allowed: 114.11; | 7100-000 | | $28.90 | $0.00 |
| | | | | **SUBTOTALS** | $375.00 | $2,470.86 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 11-24335 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | BRUNO, GIUSEPPE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8517 | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/9/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $2,500.00 | $2,500.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,500.00 | $2,500.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $2,500.00 | $2,500.00 | |

| For the period of 6/9/2011 to 8/14/2013 | | For the entire history of the account between 07/27/2011 to 8/14/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $2,500.00 | Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 | Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $2,500.00 | Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 | Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 11-24335 | Trustee Name: | Horace Fox, Jr. |
|---|---|---|---|
| Case Name: | BRUNO, GIUSEPPE | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******8517 | Checking Acct #: | ******3501 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/9/2011 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $2,500.00 | $2,500.00 | $0.00 |

**For the period of 6/9/2011 to 8/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/09/2011 to 8/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,500.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,500.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,500.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,500.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ HORACE FOX, JR.

HORACE FOX, JR.